UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. GARY,<br><br>       Petitioner,<br><br>  vs.<br><br>H. A. RIOS,<br><br>       Respondent. | 1:10-cv-00318-YNP-DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **April 1, 2010**          **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE