UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES L. GARY, | ) | 1:10-cv-00318 MJS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| v. | ) | MOTION FOR DEFAULT JUDGMENT |
| | ) | |
| | ) | |
| H.A. RIOS, | ) | [Doc No. 11] |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 25, 2010 Petitioner filed a motion requesting default judgment based upon an alleged failure by Respondent to respond to the petition. (Mot., ECF No. 11.)

Respondent need not respond to a petition for writ of habeas corpus until so ordered by the Court. See Rules 4 and 5 of the Rules Governing Section 2254 Cases.[1] The Court has

---

[1] The Rules Governing Section 2254 Cases may be applied to petitions for writ of habeas corpus other than those brought under § 2254 at the Court's discretion. See, Rule 1(b) of the Rules Governing Section 2254 Cases. Civil Rule 81(a)(4) provides that the rules "apply to proceedings for habeas corpus . . . to the extent that the practice in such proceedings is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules Governing 2255 Cases; and has previously conformed to the practice in civil actions." Fed. R. Civ. P. 81(a)(4).

1   not yet ordered Respondent to respond. Respondent is not in default. Petitioners motion
2   requesting default judgment is DENIED.

4   IT IS SO ORDERED.
5   Dated:    September 14, 2010           /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE